WR-70,885-11

May 22, 2015
@ 7 Am 000

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 27 2015

Abel Acosta, Clerk

Texas Courts of Criminal Appeals
Attn: Kelly Reyes, 11.07 Process
Intake Administrator — 0 0 0
P.O. Box 12308, Capitol Station
Austin, Texas 78711

(Re: Questionable, WR-70,885-11 filing Number, Texas Prisoner
Gutierrez, tdcj # 1523604, Seeks Corrective measures Notification
to correct and Re-apply for (PDR) Court of Appeal Review for
erroneous Fourth Court of Appeals findings concerning —
Appeal # 04-08-00655-CR. )


Ms. Reyes :

I was recently notified, by the texas CCA —

Clerk, that my recent — (April 2015) — PDR brief, Trap 68,

was never filed with the Honorable Texas CCA Jurists.

I am currently confine at the Segovia prison Unit,

and don't have access to the Unit Law Library. At best,

to my Legal Knowledge and Abilities, Offender filed

for a out-time (PDR) Pro Se brief W/supporting fourth

Court of Appeal opinions Xerox copy attachments to show Absolute
Fourth Court of Appeals bias Negligence to acknowledge
Petitioner, pro Se, Warranted Fourth Court of Appeal issues.
I have Never been informed by the Above Texas
Appeal Court Acknowledging the filing Of Petitioner, pro Se,
PDR brief W/supporting Fourth Court of Appeal Court Record
Attachments. (21 pages.) dated, 03-23-15.
(1 of 6)

CASE HISTORY: BEXAR COUNTY, CAUSE NO. 2008-CR-1186

Points of error; "PLAIN ERROR DOCTRINE"

• Specifically, on or about, July 11, 2008, petitioners, State Court Appointed Counsel, E.D. Shaughnessy, SBN# 18134500, Maliciously Lied and deceived Petitioner that State - (Bexar Co.) - DA had made A Plea-bargin recommendation for eligible appointment for - (Tex. V.C.C.P. Sec 42.12 Sec 13) - DWI Probation, only if Petitioner pleaded guilty, or face A (Habitual) Auto - matic life sentence at demanded state court Jury trial.

State DA Never Advice Counsel of any DWI Probation Recommendation or eligibility for any type of court probation, nor did Petitioner meet any (Habitual) enhancement stamp Statute, falsely and intentionally placed on Questionable Sham Cause No. 2008-CR-1186 DWI indictment, without any certified charges to substantiate any bexar County grand Jury charge findings's. (i.e. All Questionable court records attached to PSR brief for appeal court visual inspection in the absolute interest of Justice and fairness.) Petitioner Never applied for any DWI Probation on the above date/time.

(2 of 6)

Footnote 6 Not Minals part of Relevant facts to the Fourth Point of appeals court Records dated 09-30-08.

• Specifically, on or about, August 06, 2008, Petitioner "Alarmed" of false probation legal advice and malicious betrayal, advised appointed state counsel with a hand-written motion to withdraw counsel guilty plea, based on falsified probation and habitual legal advice. Counsel become "enraged" due to discovery of falsified legal advice information. Counsel strangely/uneasy approached 290th state court-reporter, possibly to advice her to strike the punishment court record.

Petitioner is unlawfully convicted and sentence to (20) twenty years imprisonment, based on falsified legal advice and "no evidence" to substantiate cause no. 2008-CR-1186, true bill grand jury indictment.

• Specifically, August 26, 2008, Petitioner files unwarranted "Notice of Appeal Jurisdiction defects" that was never acknowledge by the fourth court of appeals. Petitioner is appointed ineffective bias appeal counsel, A. Moore, who repeatedly failed to promptly investigate alleged verified appeal claims. (All fourth court appeals court records attached to (PDR) brief.)

Fourth court of appeal dismisses appeal, due questionable fraud plea-bargain legal advice never recommended, by any state-(Bexar co.)-DA officials, or made of the (290th) court record.

• Specifically, Prisoner / Petitioner filed for Trap 64.1 Rehearing with the fourth Court Appeals Administration that was (Granted) in Part.

Prisoner / Petitioner being a prisoner at Willacy Unit, Raymondville, TX, and on State -wide Lock-down never received (Granted), Fourth Court of Appeal Court Order Notice. All State Prison Units Lock-down, due to contraband Cell-phone Investigation. Fourth Court of Appeals dismissed ( 04-08-00655-CR) Rehearing Petition for want of Prosecution, Offender was never Notified, by the Willacy State Prison Mailroom Administration. Prisoner is Later relocated to the Stevenson Prison, Never aware Granted Rehearing - ( 04-08-00655-CR) — Appeal Court Order. (see detail Summary At Petitioners (03-23-15), Pro se PDR brief. Petitioner has repeatedly Address this warranted due process violation issues to the fourth Court of Appeals Administration. Only to be grossly Neglected.

## — PLAIN ERROR —

**PETITIONER / APPLICANT REQUESTS RELIEF:**

Please, inform me what needs to be

corrected to apply for warranted out of time PDR

relief, due to State and Appeal Court injustice,

to Conceal favorable evidence for Appeal Court

Relief. State Law Library, advice me, No (PDR)

brief was filed under - (WR-70,855-11) -

Why? All my State Court Records have been

tampered with at the State Habeas Court Level

to Conceal Petitioner's State Court Miscarriage of

Justice. Petitioner / Applicant has suffered (8TH)

and (14TH) Amendment violations, due to Corrupt

City, State, Appeal Court Officials, Petitioner is

under State govt Corrupt Court Official oppression

And demands immediate Texas CCA intervention.

Offender hereby apologizes for the Poor
hand-writing, but suffers from severe painful-
Carpol tunnel Syndrome. Please advice me with
Specific instructions how to Correct warranted
(PDR) Appeal brief.

(5 of 6)

— PLAIN ERROR —

I don't have access to the Unit Law Library, due to the absence of Law Library officer, and am writing the letter of notice on the cell-dorm window, due to very poor lighting in the dark cell-dorm.

Your integrity and services are deeply appreciated in the broken world of unlawful-imprisonment.

Respectfully Submitted
In Truth and Mercy

X Jose Gutierrez
TEXAS PRISONER

CC: Files ☺☺☺

Unsworn Declaration
( 881746 )

I, Jose Alberto Gutierrez, Unlawful Texas prisoner #1523604, acknowledge and attest all testimony findings are true and correct under the penalty of perjury.

Executed on this 22ND day of May, 2015.

X Jose Gutierrez
Texas Prisoner
— Slave —

PS! Please, provide any legal court of appeal documents to attach to my PDR brief, if necessary.

Thank you so much ☺☺☺
☺☺

( 6 of 6 ).